THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JAMES H. PIERCE, *Appellant, v.* OATMAN COVILL and others, *Respondents.* — Order reversed and order granted directing trial of the traverse at circuit, costs to abide event. Order to be settled by LEARNED, P. J. Opinion by LEARNED, P. J.

IN THE MATTER OF THE APPLICATION OF THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK *v.* THE GUARDIAN MUTUAL LIFE INSURANCE COMPANY. — Appeal by claimant Helena M. Tucker. Order affirmed, with ten dollars costs and printing disbursements. Opinion by OSBORN, J.

LESTER ECKLER, *Executor, etc., Appellant, v.* ORANGE ECKLER and others, *Respondents.* — Decree of surrogate reversed in accordance with opinion of OSBORN, J. Order to be settled by OSBORN, J.

DANIEL P. VAN COURT, *Appellant, v.* JAMES C. ARMSTRONG and another, *Executors, etc., Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

NAOMI S. HARRIS, *Executrix, etc.,* and NAOMI S. HARRIS, *Respondents, v.* HORACE HISCOCK, *Appellant.* — Judgment affirmed, with costs. Opinion by OSBORN, J.

JAMES K. P. SPRAGUE, *Respondent, v.* EUNICE NORTON (now EUNICE NORTON VAN VULSON), *as Administratrix, etc., Appellant.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

LOUISA CUSHMAN, *Appellant, v.* WILLIAM BURRITT, *Respondent.* — Order affirmed, with costs. Opinion by RUMSEY, J.

ERASTUS CORNING, *Respondent, v.* JAMES T. WALKER, *Appellant.* — Judgment reversed. Referee discharged, new trial granted, costs to abide event. Opinion by OSBORN, J.; LEARNED, P. J., not acting.

PETER D. PLATZ, *Respondent, v.* THE CITY OF COHOES, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.; OSBORN, J., not acting.

GEORGE MARK, *Respondent v.* THE GUARDIAN FIRE INSURANCE COMPANY OF NEW YORK, *Appellant.* — Judgment and order affirmed, with costs. Opinion by OSBORN, J.

GEORGE MARK and others, *Plaintiff, v.* THE HUDSON RIVER BRIDGE COMPANY, *Defendant.* — Judgment and order reversed on plaintiff's appeal, new trial granted, costs to abide event. Opinion by RUMSEY, J.

MARY CONWAY, *Appellant, v* THE CITY OF ALBANY, *Respondent.* — Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.; OSBORN, J., not acting.

PATRICK RONAN, *Respondent, v.* THE HUDSON RIVER BRIDGE COMPANY AT ALBANY, *Appellant.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J., and OSBORN, J.